IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| KAREN L. RIVERS, | : | |
| Plaintiff, | : | |
| vs. | : | CA 14-0251-C |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | : | |
| | : | |
| Defendant. | | |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying the Plaintiff benefits be affirmed.

**DONE** this the 9th day of September 2015.

s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**